| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:10CR00080-2 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* **22cr546** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andres Malave Southern District of New York | DISTRICT DISTRICT OF VERMONT | DIVISION | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE The Hon William K. Sessions III | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/13/2021 | TO 5/18/2025 |

**OFFENSE**

Conspiracy to Distribute Oxycodone; 21 U.S.C. §§ 846, 841(b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 21, 2022 — *William K. Sessions III*

Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**11/22/22**

Effective Date — United States Magistrate Judge

MISC: J. Woods/OTW 11·22·22

JUDGE WOODS    JUDGE WOODS    JUDGE WOODS